# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| LEMARCUS CLEMONS, | ) | |
| Plaintiff, | ) ) ) | NO. 1:24-cv-00055 |
| v. | ) ) | JUDGE CAMPBELL |
| BUCKY ROWLAND, *et al.*, | ) ) ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 17) recommending this case be dismissed without prejudice under Fed. R. Civ. P. 41(b). The Magistrate Judge's recommendation of dismissal is based in part on Plaintiff's failure to keep the Court apprised of his current mailing address. The Report and Recommendation which was sent to Plaintiff at his last known address was marked "not here" and returned "undeliverable" "unable to forward." (*See* Doc. No. 18).

The Court has reviewed the Report and Recommendation and the record in this case and concludes that the Report and Recommendation should be **ADOPTED** and **APPROVED**. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE